WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net

PROUGH LAW, APC
Michael D. Prough (Pro Hac Vice to be filed)
1550 Parkside Dr., Ste. 200
Walnut Creek, CA  94596
(925) 433-5894; Fax: (925) 482-0929
mdp@proughlaw.com

*Attorneys for Plaintiff, Contractors Bonding and Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CONTRACTORS BONDING INSURANCE COMPANY, | Case No.:  2:22-cv-00949-CDS-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| ERIC LORETO JORDAN, | |
| Defendant. | |

/././

/././

/././

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, Contractors Bonding and Insurance Company ("Plaintiff"), and Defendant, Eric Loreto Jordan ("Jordan"), by and through their respective attorneys of record, that all of Plaintiff's claims asserted against Jordan in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

DATED this 12th day of October, 2022.

WRIGHT, FINLAY & ZAK, LLP

/s/ Darren T. Brenner
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Contractors Bonding and Insurance Company*

DATED this 12th day of October, 2022.

PRINCE LAW GROUP

/s/Kevin T. Strong
Dennis M. Prince, Esq.
Nevada Bar No. 5092
Kevin T. Strong, Esq.
Nevada Bar No. 12107
10801 West Charleston Boulevard
Suite 560
Las Vegas, NV 89135
*Attorneys for Defendant, Eric Loreto Jordan*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: October 12, 2022